THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN KLINGLER, Appellant.

*People* v. *Klingler,* 51 App. Div. 618, affirmed.
(Argued June 20, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 27, 1900, affirming a judgment of the Monroe County Court convicting the defendant of the crimes of burglary in the third degree and of grand larceny in the second degree.

*George D. Forsyth* for appellant.

*Robert Averill* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, LANDON, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES D. HALLEN, Appellant.

*People* v. *Hallen,* 48 App. Div. 39, affirmed.
(Argued June 21, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1900, affirming a judgment of the Court of General Sessions of the Peace convicting the defendant of the crime of forgery in the first degree.

*I. W. Lansing* and *William North* for appellant.

*Charles E. Le Barbier* for respondent.

Judgment affirmed; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, LANDON, CULLEN and WERNER, JJ.